**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.twitter.com/stikwooddesign



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.potterybarn.com/products/stikwood-art/



**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #7
URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #8
URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #9
URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #10
URL: https://www.overstock.ca/Home-Garden/Wall-Paneling/Wood,/material,/12273/subcat.html



**EXHIBIT 2:** INFRINGEMENT #11
URL: https://www.overstock.ca/Home-Garden/Rustic-Look-Naturally-Weathered-Reclaimed-Barn-Wood-Panels/33863917/product.html?refccid=TJMMIQXCEGX3X22JCGWN4FMS4E&searchidx=8&kwds=&rfmt=material%3AWood



**EXHIBIT 2:** INFRINGEMENT #12
URL: https://www.wayfair.com/home-improvement/pdp/porpora-46-x-48-reclaimed-wood-wall-paneling-in-light-browngray-prpa3915.html



**EXHIBIT 2:** INFRINGEMENT #13
URL: https://www.perigold.com/home/pdp/porpora-46-x-48-reclaimed-wood-wall-paneling-in-light-browngray-prpa3915.html?piid=



**EXHIBIT 2:** INFRINGEMENT #14
URL: https://www.perigold.com/home/pdp/porpora-46-x-48-reclaimed-wood-wall-paneling-in-light-browngray-p000166999.html



**EXHIBIT 2:** INFRINGEMENT #15

URL: https://www.walmart.com/ip/DIY-Self-Adhesive-Reclaimed-Wood-Planks-Wall-Decor-Rustic-Panels-Premium-Set-12-19-5-sq-ft-per-Box-1-Box-Set-1103A-Design/422358246



**EXHIBIT 2:** INFRINGEMENT #16

URL:   https://www.walmart.com/ip/DIY-Self-Adhesive-Reclaimed-Wood-Planks-Wall-Decor-Rustic-Panels-Premium-Set-12-19-5-sq-ft-per-Box-1-Box-Set-1103B-Design/183096451



**EXHIBIT 2:** INFRINGEMENT #17

URL: https://www.walmart.com/ip/DIY-Self-Adhesive-Reclaimed-Wood-Planks-Wall-Decor-Rustic-Panels-Premium-Set-12-19-5-sq-ft-per-Box-1-Box-Set-1103B-Design/632393778



**EXHIBIT 2:** INFRINGEMENT #18
URL: https://www.walmart.com/ip/DIY-Self-Adhesive-Reclaimed-Wood-Planks-Wall-Decor-Rustic-Panels-Premium-Set-12-19-5-sq-ft-per-Box-1-Box-Set-1103B-Design/492559534



**EXHIBIT 2:** INFRINGEMENT #19
URL: https://www.walmart.com/ip/DIY-Self-Adhesive-Reclaimed-Wood-Planks-Wall-Decor-Rustic-Panels-Premium-Set-12-19-5-sq-ft-per-Box-1-Box-Set-1103B-Design/749793676



**EXHIBIT 2:** INFRINGEMENT #20

URL: https://www.walmart.com/ip/DIY-Self-Adhesive-Reclaimed-Wood-Planks-Wall-Decor-Rustic-Panels-Premium-Set-12-19-5-sq-ft-per-Box-1-Box-Set-1103B-Design/603003771



**EXHIBIT 2:** INFRINGEMENT #21
URL: https://www.walmart.com/ip/Kingmys-DIY-Peel-and-Stick-Wood-Planks-Real-Wood-Wall-Panels-Premium-Set-of-12-Wood-Planks-19-5-sq-ft-per-Box-3-Box-Set-C19-Design/758117014



**EXHIBIT 2:** INFRINGEMENT #22

URL:    https://www.homedepot.com/p/Ejoy-5-in-W-x-48-in-L-Reclaimed-Peel-and-Stick-Solid-Wood-Wall-Paneling-1-Box-WoodPlank-C24-1Box/316271672



**EXHIBIT 2:** INFRINGEMENT #23
URL: https://www.hardwoodsolutionsofnashville.com/flooring_services.html

