AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* 124 Grand Holdings
was received by me on *(date)* 7/23/2024.

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Vicky - receptionist who is
designated by law to accept service of process on behalf of *(name of organization)* 124 Grand
Holdings c/o Ross Keilen on *(date)* 7/25/2024 ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/29/24

_____
Server's signature

Gari Trolard
Printed name and title

PO Box 540 Schoolcraft, MI 49087
Server's address

Additional information regarding attempted service, etc: